## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ 21-20262-CR _____

UNITED STATES OF AMERICA

vs.

**HASAN HAKIM BROWN,**

Defendant.

_____/

## FACTUAL PROFFER

If this case had gone to trial, the United States would have proven beyond a reasonable doubt that **HASAN HAKIM BROWN** conspired with individuals known and unknown to the United States to knowingly engage in a bank fraud scheme consisting of a synthetic identification ("SID") scheme and a PPP/EIDL loan fraud scheme. **BROWN** and his co-conspirators defrauded several banks in order to unjustly enrich themselves and other members of the conspiracy.

### The Defendant

**HASAN HAKIM BROWN** resided in Aventura, Florida. **HASAN HAKIM BROWN** was listed as a registered agent in the following Florida Corporations, among several others, located in Miami-Dade County, and elsewhere: Tech Savvy Holding Corp; ("Tech Savvy"); Impeccable Yacht Cleaning Solutions ("Impeccable Yacht"); Advanced Financing Inc. ("Advanced Financing"); and Local Screen Kings Inc. ("Local Screen Kings").

### Definitions

#### *Synthetic Identification Fraud*

Synthetic Identification ("SID") Fraud was a type of fraud in which a defendant combined stolen personal information of real victims, such as stolen social security numbers ("SSNs") with false and fraudulent information, such as fake names and dates of birth, to create a new identity which could be used to open fraudulent bank accounts, credit card accounts, and businesses, among other things.

### The Paycheck Protection Program

In or around March 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was enacted.   It was designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic.   One source of relief provided by the CARES Act was the Paycheck Protection Program ("PPP"), which allowed for the authorization of up to $349 billion in forgivable loans to small businesses for job retention and certain other expenses.   In or around April 2020, Congress authorized over $300 billion in additional PPP funding.   In order to obtain a PPP loan, an applicant had to submit an application listing the number of employees and average monthly payroll expenses for the applicant's company.   The applicant also had to certify that the funds would be used for payroll and other authorized expenses for the applicant's company.

### Relevant Financial Institutions and Related Entities

"Victim Bank 1" ("VB-1") was a bank located in San Antonio, Texas.   The Victim Bank was insured by the Federal Deposit Insurance Corporation ("FDIC").

Lender 1 was headquartered in Fort Lee, New Jersey and was a financial institution federally insured by the FDIC and, as such, was authorized to lend funds to eligible borrowers under the terms of the PPP.

### Entities Opened in the Names of SIDs

The following shell company bank accounts, among others, were opened in the names of SIDs at the Victim Bank.   The following SIDs and corresponding accounts, are listed in the format: SID-Fake Last Name- Last Four Numbers of Victim Bank Account Number ("SID-Name-XXX"):

| SID name/ USAA Account | Indictment Reference | Business Name |
|---|---|---|
| "Deborah Brown" account ending in 7110 | SID-Brown-7110 | Deb's Housekeeping Services, Inc. ("Debs Housekeeping") |
| "Shannon Carter" account ending in 3987 | SID-Carter-3987 | Shan's Mobile Pet Grooming, Inc. ("Shan's Mobile") |
| "Nicholas Carter" account ending in 3897 | SID-Carter-3897 | Cater Landscaping Services, Inc. ("Carter Landscaping") |

### PART I.

### The SID Scheme

Impeccable Yacht Cleaning Solutions, Advanced Financing, Tech Savvy Holding, Skyline Development, Post Commercial Property Management, Pristine Gardening & Landscaping, and Debs Housekeeping are a small sample of the dozens of companies registered with the Florida Division of Corporations ("Sunbiz") which, by name, offer various services to people located in the Southern District of Florida, and elsewhere.

However, between 2018 and August 2020, the companies registered to **BROWN** and his co-conspirators did not conduct legitimate business and did not have legitimate clients.

Instead, BROWN and his co-conspirators created their own false and fraudulent clients from scratch: the Miller family of Timber Ridge Court, Lawrenceville, GA; the Lopez family of Scenic View Court, Atlanta, GA; and the Carter family of Island Ave., Miami Beach, Florida are three of hundreds of completely fictitious "families" created by **BROWN** and his co-conspirators. The fictitious families were comprised of Synthetic Identities ("SIDs") which combined fictitious names and dates of birth with real social security numbers ("SSNs") assigned mostly to minors, prisoners serving life sentences, and deceased individuals. The SID families were assigned to a common address located in the Southern District of Florida, the Northern District of Georgia, and elsewhere.

**BROWN** and his co-conspirators then represented that the SIDs were real people to VB-1 and used the SIDs to falsely and fraudulently open credit card accounts and bank accounts for the SIDs at VB-1. Participants in this scheme then falsely and fraudulently represented that the SIDs were "clients" of their various shell companies. Ultimately, BROWN and his co-conspirators stole approximately two-million dollars from VB-1 by paying for false and fraudulent "services" with lines of credit that were unwittingly extended to the SIDs.

### Implementation of the Scheme

In or around 2017, co-conspirator Kevin Kirton created complex computer data storage /virtualization technology machines that combined multiple physical disk drive components into one unit. These "Virtualization Machines" were designed to facilitate and automate the opening of fraudulent Victim Bank credit card accounts and Victim Bank

accounts and to manage SID bank activity at the Victim Bank. The Virtualization Machines gave users the ability to access numerous virtual desktops and IP addresses in order to circumvent bank security. Kirton created and sold at least three Virtualization Machines, including one to **HASAN HAKIM BROWN**, one to another co-conspirator located in the Southern District of Florida, and one to co-conspirator Mackenzy "Mac" Toussaint located in Northern District of Texas.

Once in possession of the Virtualization Machines, **BROWN** and his co-conspirators registered shell companies in their names with Sunbiz that falsely and fraudulently appeared to be associated with various service industries (*e.g.* Impeccable Yacht Cleaning Solutions, Pristine Gardening & Landscaping, and Tech Savvy Holding Corp.) The companies were false and fraudulent shell companies which conducted no legitimate business and had no legitimate employees.

Next, **BROWN** and his co-conspirators created SIDs by falsely and fraudulently combining stolen social security numbers that were assigned to minors, and incarcerated prisoners, among others, with false and fraudulent names and dates of birth.

**BROWN** and his co-conspirators used the Virtualization Machines, SIDs, and stolen identities to open hundreds of accounts at the Victim Bank ("VB Fraud Accounts"). **BROWN** and his co-conspirators used mail forwarding to redirect Victim Bank account statements and documents from their intended destination to locations controlled by the defendants and their co-conspirators, including co-conspirator Johnny Philus, in order to conceal the fact that the defendants and their co-conspirators were controlling the VB Fraud Accounts.

For example, the following transactions, among numerous of other transactions, were made by Brown: on or about May 10, 2019, **BROWN** caused a convenience check payment of $6,200 from the Victim Bank account registered to SID-Carter-6404 to a bank account registered to his shell company Advance Financing.

**BROWN** and his co-conspirators committed the Victim Bank fraud scheme in two separate groups. **BROWN**, and others were part of one group and, Jean Renald Fleuridor, and others were part of another group.

The group consisting of **BROWN** and others, and the group consisting of Fleuridor and others, shared profits from the Victim Bank fraud scheme. Each group received approximately $1 million from their participation the scheme and used the money for their own benefit and for the benefit of others.

## PPP Fraud Scheme

In or around May to June 2020, **BROWN** and his co-conspirators used their previously established shell companies which conducted no legitimate business and had no legitimate employees to apply for false and fraudulent PPP loans. Many of the applications contained paperwork that listed SIDs as employees of the shell companies. **BROWN** received the following loans, dispersed by Lender 1, based on false and fraudulent misrepresentations submitted to loan processing companies:

| Date of PPP Loan Certification | Defendant | Shell Company | Employees Claimed on PPP Application | Actual Number of Employees | Amount of Loan Money Disbursed |
|---|---|---|---|---|---|
| 5/6/2020 | HASAN HAKIM BROWN | Tech Savvy | 33 | 0 | $544,650 |

BROWN and his co-conspirators each received a share of the proceeds from the fraudulently obtained PPP loans, which was divided amongst members of the conspiracy. The PPP loans were not used for payroll and other authorized expenses. Instead, the loan money was used to unjustly enrich BROWN and members of the conspiracy and others.

Additionally, BROWN and his co-conspirators filed numerous additional false and fraudulent PPP loan applications for a fee, on behalf of individuals located in the Southern District of Florida, the Middle District of Florida, and elsewhere. The false and fraudulent loan applications submitted for others contained false and fraudulent information. The proceeds that the defendants received from the additional false and fraudulent PPP loan applications were split amongst BROWN and members of the conspiracy.

In addition to filing false and fraudulent PPP loan applications for the various shell companies controlled by BROWN and his co-conspirators, and filing false and fraudulent PPP loan applications for others, BROWN and his co-conspirators opened shell companies and associated bank accounts in the names of SIDs.

BROWN and his co-conspirators then falsely and fraudulently applied for PPP loans in the name of shell companies registered to SIDs. For example, the following PPP loan applications, among others, were filed for shell companies registered to SIDs:

| Date | SID / Shell Company | Loan Disbursement from Lender-1 |
|------|---------------------|-------------------------------|
| 5/14/2020 | SID-Carter-3987 Shans Mobile | $830,445 from Lender-2 to BB&T/Truist account ending in 4279 registered to Shans Mobile. |
| 5/9/2020 | SID-Brown-7110 Debs Housekeeping | Caused payment of $1,413,157 from Lender-2 to BB&T/Truist account ending in 8677 registered to Debs Housekeeping. |
| 5/11/2020 | SID-Carter-3897 Carter Landscaping | Caused payment of $1,707,120 from Lender-2 to BB&T/Truist account ending in 5240 registered to Carter Landscaping. |

Once the false and fraudulently obtained PPP loan proceeds were received into bank accounts in the name of shell companies registered to SIDs, BROWN and his co-conspirators transferred the money into shell company bank accounts, cash, and money orders that they controlled and used the money for their own personal benefit, and for the benefit of others. For example, the defendants conducted the following transactions, among several other transactions:

| Date | Payment from SID Company |
|------|--------------------------|
| 5/22/2020 | Check payment of $48,500 from BB&T/Truist bank account ending in 5240, registered to Carter Landscaping, to Tach Savvy, controlled by **HASAN HAKIM BROWN.** |
| 5/26/2020 | Check payment of $14,830 from BB&T/Truist Bank account ending in 8677, registered to Debs Housekeeping, to Local Screen Kings controlled by **HASAN HAKIM BROWN.** |
| 6/1/2020 | Check payment of $50,000 from BB&T/Truist bank account ending in 4279, registered to Shans Mobile Pet Grooming, to Tech Savvy controlled by **HASAN HAKIM BROWN.** |
| 6/4/2020 | Check payment of $50,000 from BB&T/Truist bank account ending in 8677, in the name of Debs Housekeeping to Tech Savvy controlled by **HASAN HAKIM BROWN.** |
| 6/4/2020 | Check payment of $50,000 from BB&T/Truist bank account ending in 5240, in the name of Carter Landscaping, to Impeccable Yacht controlled by **HASAN HAKIM BROWN.** |

| Date | Payment from SID Company |
|------|--------------------------|
| 6/4/2020 | Check payment of $20,000 from BB&T/Truist account ending in 5240, registered to Carter Landscaping, to Tech Savvy controlled by **HASAN HAKIM BROWN**. |

In total, **BROWN** knowingly participated in a multi-million-dollar bank fraud conspiracy, the proceeds of which were used to unjustly enrich himself and his co-conspirators. At the time **BROWN** agreed to resolve his case, the loss amount associated with this scheme was between $20 million and $25 million, an amount reasonably foreseeable to **BROWN** based on his conduct in this case.

These are not all of the facts that the United States would present if this case were to proceed to trial.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: __6/28/2021__          By: _____

BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

Date: 6/28/21          By: _____

DAVID OSCAR MARKUS / TODD YODER
ATTORNEYS FOR DEFENDANT

Date: 6/28/21          By: _____

HASAN HAKIM BROWN
DEFENDANT